CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
TERSAN TERSANECILIK TASIMACILIK SAN VE TIC A.S.,
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TERSAN TERSANECILIK TASIMACILIK
SAN VE TIC A.S.,

                Plaintiff,

  v.

FMG TRADING LTDA,

                Defendant.
------------------------------------------------------------X

JUDGE CROTTY

08 CIV 4996

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, TERSAN TERSANECILIK TASIMACILIK SAN VE TIC A.S., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
       May 29, 2008

                            CHALOS, O'CONNOR & DUFFY, LLP
                            Attorneys for Plaintiff,
                            TERSAN TERSANECILIK
                            TASIMACILIK SAN VE TIC A.S.,

              By: _____
                            George E. Murray (GM-4172)
                            Owen F. Duffy (OD-3144)
                            366 Main Street
                            Port Washington, New York 11050
                            Tel: (516) 767-3600 / Fax: (516) 767-3605