Crotty, J

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
TERSAN TERSANECILIK TASIMACILIK SAN VE TIC A.S.,
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-2-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TERSAN TERSANECILIK TASIMACILIK
SAN VE TIC A.S.,

        Plaintiff,

  v.

FMG TRADING LTDA

        Defendant.
-----------------------------------------------------------X

JUDGE CROTTY

08 CIV 4996

ORDER APPOINTING
A SPECIAL PROCESS
SERVER

An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the affidavit of George E. Murray, sworn to the 29th day of May, 2008, and good cause having been shown, it is hereby further

**ORDERED**, that any associate, ~~agent or~~ employee or agent paralegal of Chalos, O'Connor & Duffy, LLP, who is at least 18 years of age, and is not a party to this action, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon the garnishee(s) listed in the Complaint, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on account of, the Defendant FMG TRADING LTDA.

Dated: New York, New York
   May 31, 2008

            SO ORDERED:

            _____
            U.S.D.J.