CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
TERSAN TERSANECILIK TASIMACILIK SAN VE TIC A.S.,
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TERSAN TERSANECILIK TASIMACILIK
SAN VE TIC A.S.,

                    Plaintiff,

      v.

FMG TRADING LTDA,
BUSCAROLI & EILHO LTDA, a/k/a
BUSCARIOLI & EILHO LTDA, a/k/a
BUSCAROLI, a/k/a
BUSCARIOLI, a/k/a
BUSCAROLI & FILHO, a/k/a
BUSCARIOLI & FILHO

                    Defendants.
------------------------------------------------------------------X

08 CV 4996 (PAC)

**APPLICATION FOR THE APPOINTMENT OF A SPECIAL PROCESS SERVER**

Pursuant to 28 U.S.C. § 1746, Owen F. Duffy, declares under the penalty of perjury:

1. I am a member of the Bar of the State of New York, and admitted to practice before this Court, and am a partner of the firm of Chalos, O'Connor & Duffy, LLP, attorneys for the Plaintiff in this action.

2. I am fully familiar with the matters set forth in this declaration, which is submitted in support of Plaintiff's application pursuant to Rule 4(c) of the Federal Rules of Civil Procedure for an Order appointing any associate or paralegal or agent of Chalos,

O'Connor & Duffy LLP, in addition to the United States Marshal, to serve a Process of Maritime Attachment and Garnishment on the garnishees listed therein, together with possible other garnishees.

3. The associates or paralegals or agents with the firm of Chalos, O'Connor & Duffy LLP, who will be so designated, are over eighteen (18) years of age, and are not a party to this action.

4. Plaintiff is desirous of serving the Process of Maritime Attachment and Garnishment on the garnishees with all deliberate speed so that it will be fully protected against the possibility of not being able to satisfy any arbitration award and/or judgment that may ultimately be obtained by Plaintiff against the Defendants FMG TRADING LTDA and BUSCAROLI & EILHO LTDA.

5. For the foregoing reasons, I respectfully request that this Court appoint said associates, paralegals or agents of Chalos, O'Connor & Duffy LLP to serve the Process of Maritime Attachment and Garnishment upon the Garnishees listed in the in Process, and any other garnishee(s) who we learn hold assets of the Defendant.

6. A previous application for this relief was made on May 31, 2008 and granted on June 2, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Port Washington, New York
       June 17, 2008

                                  CHALOS, O'CONNOR & DUFFY, LLP
                                  Attorneys for Plaintiff,

By: _____
                                  Owen F. Duffy (OD-3144)
                                  366 Main Street

Port Washington, New York 11050
Tel:   (516) 767-3600
Fax:  (516) 767-3605