CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
TERSAN TERSANECILIK TASIMACILIK SAN VE TIC A.S.,
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07 01 08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TERSAN TERSANECILIK TASIMACILIK
SAN VE TIC A.S.,

                                Plaintiff,

                                                         08 CV 4996 (PAC)

        v.

FMG TRADING LTDA and,                                    **ORDER FOR**
BUSCAROLI & EILHO LTDA, a/k/a                            **ISSUANCE OF A**
BUSCARIOLI & EILHO LTDA, a/k/a                           **FIRST AMENDED**
BUSCAROLI, a/k/a                                         **PROCESS OF**
BUSCARIOLI, a/k/a                                        **MARITIME ATTACHMENT**
BUSCAROLI & FILHO, a/k/a
BUSCARIOLI & FILHO,
                                Defendants.
----------------------------------------------------------------X

Upon reading the First Amended Verified Complaint requesting issuance of

Process of Maritime Attachment and Garnishment, and the Declaration of Owen F.

Duffy attached thereto, and the Court finding that the conditions for an attachment under

Rule B of the Supplemental Rules for Admiralty or Maritime Claims Admiralty to the

Federal Rules of Civil Procedure appear to exist, it is this day, by the United States

District Court for the Southern District of New York, hereby

**ORDERED** that the Clerk shall issue a First Amended Process of Maritime

Attachment and Garnishment as prayed for in the First Amended Verified Complaint;

and it is further

**ORDERED** that the Process of Attachment issued by the Clerk shall be against all property, tangible or intangible, including funds, goods, chattels, credits, effects, debts owned by or owed to the Defendant(s), FMG TRADING LTDA and or BUSCAROLI & EILHO LTDA, a/k/a BUSCARIOLI & EILHO LTDA, a/k/a BUSCAROLI, a/k/a BUSCARIOLI, a/k/a BUSCAROLI & FILHO, a/k/a BUSCARIOLI & FILHO (hereinafter "BUSCAROLI"), or monies to be paid to discharge a debt owed to the Defendant(s), including monies being electronically transferred by or to FMG TRADING LTDA and/or BUSCAROLI which are in the possession or control of, or being transferred through any garnishee within this District, including, without limitation, property held by or in the possession or control of the following garnishee(s):

1. ABN Amro Bank N.V.
   55 East 52nd Street
   New York, New York 10055

2. American Express Bank Ltd.
   c/o Zeichner Ellman & Krause, LLP
   Legal Counsel for Bank of America
   575 Lexington Avenue, 10th floor
   New York, New York 10022

3. Bank of America, National Association
   c/o Zeichner Ellman & Krause, LLP
   Legal Counsel for Bank of America, N.A.
   575 Lexington Avenue, 10th floor
   New York, New York 10022

4. Bank of China
   410 Madison Avenue
   New York, New York 10017

5. Bank of New York
   120 Broadway, 19th Floor
   New York, New York

6. Citibank, N.A.
   Legal Service Intake Unit
   1 Court Square, 7th Floor

Long Island City, NY 11120

7.   Deutsche Bank Trust Company Americas
     60 Wall Street
     New York, New York 10005

8.   HSBC Bank U.S.A., National Association
     452 Fifth Avenue
     New York, New York

9.   JPMorgan Chase Bank, National Association
     One Chase Manhattan Plaza
     New York, New York 10081

10.  Standard Chartered Bank
     One Madison Avenue
     New York, NY 10010

11.  UBS AG
     299 Park Avenue
     New York, New York, 10017

12.  Wachovia Bank, National Association
     375 Park Avenue
     New York, New York

or any of their affiliates and any other garnishee(s) within this district upon whom a copy

of the Process of Maritime Attachment and Garnishment herein may be served, in an

amount up to the amount sued for, *i.e.*, **US$711,198.42**, it is further

**ORDERED** that any person claiming an interest in the property attached or

garnished pursuant to said Order shall, upon application to the Court, be entitled to a

prompt hearing at which the plaintiff shall be required to show why the attachment and

garnishment should not be vacated or other relief granted, and it is further

**ORDERED** that a copy of this Order be attached to and served with the said

Process of Maritime Attachment and Garnishment, and it is further

**ORDERED** that pursuant to Fed. R. Civ. P., Supplemental Rules for Admiralty

or Maritime Claims, Rule B(1)(d)(ii)(C), the Writ of Attachment may be served by any

3

partner, associate, paralegal, employee or agent of Chalos, O'Connor & Duffy LLP who is at least 18 years old and is not a party to this action, in addition to the United States Marshal and it is further

**ORDERED** that service on any garnishee(s) (i.e. any original garnishee or any garnishee herein) is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service through the opening of the garnishee's business the next business day, and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), that following initial service upon any garnishee by the United States Marshal or any other person designated by Order to make service in this action, supplemental service of the Process of Maritime Attachment and Garnishment shall thereafter be made by way of service of a copy of the Process of Maritime Attachment and Garnishment via facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served, and it is further

**ORDERED** that supplemental process enforcing this Order may be issued by the Clerk and served without further Order of the Court.

Dated: New York, New York
June **30**, 2008

SO ORDERED:

Hon. Paul A. Crotty, U. S. D. J.

4