CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
TERSAN TERSANECILIK TASIMACILIK SAN VE TIC A.S.,
366 Main Street
Port Washington, New York 11050
Tel:  (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TERSAN TERSANECILIK TASIMACILIK
SAN VE TIC A.S.,

                Plaintiff,

   v.

FMG TRADING LTDA,
BUSCAROLI & EILHO LTDA, a/k/a
BUSCARIOLI & EILHO LTDA, a/k/a
BUSCAROLI, a/k/a
BUSCARIOLI, a/k/a
BUSCAROLI & FILHO, a/k/a
BUSCARIOLI & FILHO

                Defendants.
-----------------------------------------------------------------X

08 CV 4996 (PAC)

**ORDER APPOINTING
A SPECIAL PROCESS
SERVER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07 01 08

    An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

    NOW, on reading and filing the Declaration of Owen F. Duffy, sworn to the 30th day of June, 2008, and good cause having been shown, it is hereby

    **ORDERED**, that any partner, associate, paralegal, employee or agent of Chalos, O'Connor & Duffy LLP who is at least 18 years old and is not a party to this action, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon the garnishee(s)

listed in the Complaint, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on account of, the Defendants FMG TRADING LTDA and BUSCAROLI & EILHO LTDA.

Dated: New York, New York
       June 30, 2008

SO ORDERED:

*[signature]*

Hon. Paul A. Crotty, U. S. D. J.